MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Paul B. and Carrie A. Kronebusch
Chapter 7 Case No. 09-41837

Please Check One:
__ Unclaimed Dividends

X  Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC, Citibank c/o Resurgent Capital P O Box 19008 Greenville, SC  29602 | 3 | $271.80 | $3.65 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: June 9, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

RECEIVED 10 JUN 10 AM 9:38 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN